UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                                        Case No. 10-22433-BTB
    JOHN S VERGONIO
    MARIA FE D VERGONIO
           Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Rick A. Yarnall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/02/2010.

2) The plan was confirmed on 03/15/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/21/2011.

5) The case was converted on 05/03/2013.

6) Number of months from filing to last payment: 34.

7) Number of months case was pending: 35.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,008.25.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $15,285.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,285.00

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,573.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $880.68 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,453.68

Attorney fees paid and disclosed by debtor:   $1,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American General Finan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Amex | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 296,256.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 0.00 | 0.00 | 3,500.00 | 3,500.00 | 0.00 |
| Bank of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BK OF AMER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 2,018.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE N A | Unsecured | 0.00 | 0.00 | 715.43 | 5.01 | 0.00 |
| CAPITAL ONE N A | Secured | 2,104.00 | 0.00 | 1,659.96 | 1,659.96 | 126.73 |
| Chase | Unsecured | 2,074.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA N A | Unsecured | 0.00 | 0.00 | 128.32 | 0.00 | 0.00 |
| Chase Na | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase/cc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase-pier1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank Sd, Na | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank Usa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citifinancial Retail Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citifinancial Retail Services | Unsecured | 2,339.00 | NA | NA | 0.00 | 0.00 |
| Citifinancial Retail Services | Unsecured | 2,339.00 | NA | NA | 0.00 | 0.00 |
| Discover Fin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Fin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Firstar | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fleet Cc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fst Usa Bk | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB / HH Gregg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB / HH Gregg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GEMB / HH Gregg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB / Mervyns | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gemb/dillards | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gemb/jcp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gemb/jcp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gemb/jcp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/LENS CRAFTERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gemb/walmart Dc | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| HAINES & KRIEGER LOAN MODIFICA | Priority | 0.00 | 0.00 | 3,500.00 | 3,500.00 | 0.00 |
| HAINES & KRIEGER LOAN MODIFICA | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Best Buy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Best Buy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Best Buy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Best Buy | Unsecured | 2,104.00 | NA | NA | 0.00 | 0.00 |
| Hsbc/Rs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IRS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK N A | Unsecured | 27,117.00 | 0.00 | 28,081.63 | 380.07 | 0.00 |
| Lowes / MBGA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MACYS/FDSB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NEVADA FEDERAL CRED UN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,074.00 | 0.00 | 2,271.05 | 30.75 | 0.00 |
| PRA Receivables Management LLC As A | Unsecured | 0.00 | 0.00 | 2,553.62 | 34.57 | 0.00 |
| PRA Receivables Management LLC As A | Unsecured | 1,017.00 | 0.00 | 6,791.40 | 91.92 | 0.00 |
| PROVIDENT SAVINGS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pulte Mortgage Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rc Willey Home Furnishings | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sears/cbsd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sears/cbsd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tnb-visa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Unvl/citi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK HOGAN LOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK HOGAN LOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK N A | Unsecured | 14,464.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK N A | Unsecured | 14,065.00 | 0.00 | 14,479.90 | 195.98 | 0.00 |
| US BANK N A | Unsecured | 6,753.00 | 0.00 | 7,106.47 | 96.18 | 0.00 |
| US BANK NA/ND | Unsecured | 6,753.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA/ND | Unsecured | 14,464.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA/ND | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 2,018.00 | 0.00 | 2,237.34 | 30.29 | 0.00 |
| Victoria's Secret | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Hm Mortgag | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $3,500.00 | $3,500.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,659.96 | $1,659.96 | $126.73 |
| **TOTAL SECURED:** | **$5,159.96** | **$5,159.96** | **$126.73** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,500.00 | $3,500.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,500.00** | **$3,500.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$64,365.16** | **$864.77** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,453.68 |
| Disbursements to Creditors | $9,651.46 |
| **TOTAL DISBURSEMENTS:** | **$15,105.14** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/20/2013     By: /s/ Rick A. Yarnall
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**