RICK A. YARNALL  
CHAPTER 13 BANKRUPTCY TRUSTEE                                                          E-filed  
701 Bridger Ave, Suite 820  
Las Vegas,  NV  89101  
(702) 853-4500  
RAY13mail@LasVegas13.com  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JOHN S VERGONIO | CASE NO: BKS-10-22433-BTB |
| MARIA FE D VERGONIO | |
| 5465 CRIOLLO DR. | |
| LAS VEGAS, NV  89122 | |

### NOTICE OF FILING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT- CONVERTED

    Pursuant to Fed. R. Bankr P. 5009, Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, certifies that, based on the case records the Debtor's Chapter 13 bankruptcy estate has been fully administered and all checks may have cleared. Accordingly, the Trustee has filed the Chapter 13 Trustee's Final Report and Account disclosing the administration of the estate pursuant to 11 USC Sec. 1302 (b)(1). You will receive a copy of this document.

    Any objection to the Chapter 13 Trustee's Final Report and Account must: be written, state the grounds of objection, and be filed no later than July 04, 2013, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, NV 89101. A copy must be served upon Rick A. Yarnall, Chapter 13 Trustee, 701 Bridger Ave, Suite 820, Las Vegas, NV 89101 . In the absence of a timely filed Objection, the Bankruptcy Court shall close the case and discharge the Trustee.

Dated:  May 20, 2013                                                          Submitted by:

                                                                              /s/Rick A. Yarnall  
                                                                              RICK A. YARNALL